UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| In the Matter of the Admission of Elizabeth K. Quinn ) ) ) | |
| To the Bar of the United States District Court For the District of Vermont ) ) ) | Docket No. 2:15-mc-92 |

### MOTION FOR ADMISSION OF ELIZABETH K. QUINN
### TO THE UNITED STATES COURT FOR THE DISTRICT OF VERMONT

NOW COMES Michael L. Desautels, Federal Public Defender for the District of Vermont, and pursuant to Local Civil Rule 83.1(a) moves this Honorable Court for the admission of Elizabeth K. Quinn, to practice in the United States District Court for the District of Vermont. It is respectfully requested that the fee under Local Civil Rule 83.1(a)(2)(D) be waived pursuant to Local Civil Rule 83.1(d) as Ms. Quinn is employed by the Office of the Federal Public Defender, an agency of the United States Government, and is applying to practice before this Court under Local Civil Rule 83.1(a).

Ms. Quinn has previously been admitted to the District of Vermont *pro hac vice* and, as demonstrated below, is well-qualified to practice before this Court. In support of her admission, the undersigned provides the following information:

1. Ms. Quinn is admitted to practice in the United States District Courts for the Eastern District of New York as well as the United States District Court for the Southern District of New York. She is thus qualified for admission under Local Civil Rule 83.1(a)(1)(B).

2. As evidence by the motion submitted on behalf of Ms. Quinn in docket 2:15-mc-2, Ms. Quinn is a skilled and highly qualified attorney. She was previously employed in a public defender office in New York City for approximately six years. Since her admission *pro hac vice*, she has been practicing

in the District of Vermont under my supervision. The motion and supporting affidavits for her admission *pro hac vice* were previously filed under docket number 2:15-mc-2.

3.  Based on the information supplied in the motion for admission *pro hac vice* as well as the attached affidavits, Ms. Quinn satisfies the criteria for admission specified in Rule 83.1(a) to practice before this Court.

4.  Since her admission *pro hac vice*, Ms. Quinn has practiced in this district for over nine months. Her performance over this period of time further demonstrates her qualifications for admission to practice before this Court. Having observed her practice since joining this office, the undersigned is satisfied that Ms. Quinn meets all the criteria specified in Rules 83.1(a).

WHEREFORE, I respectfully request that the Court grant this motion for the admission of Elizabeth K. Quinn to practice before this Court.

Dated: October 8, 2015

MICHAEL L. DESAUTELS
Federal Public Defender
Office of the Federal Public Defender
126 College Street, Suite 410
Burlington, VT 05401
802-862-6990